No. 12–0408/MC.   U.S. v. Lawrence G. Hutchins, III.   CCA 200800393.   Appellant's motion to extend time to file a brief granted, *up to and including August 16, 2012,* and **absent extraordinary circumstances, no further extension of time will be granted in this case.**